No. 17,. Original. NEBRASKA *v.* IOWA. This case is set down for argument on the motion for leave to file a bill of complaint. *Clarence A. H. Meyer,* Attorney General of Nebraska, and *Joseph R. Moore* and *Howard H. Moldenhauer,* Special Assistant Attorneys General, for plaintiff. *Evan Hultman,* Attorney General of Iowa, *W. N. Bump,* Solicitor General, and *William J. Yost,* Assistant Attorney General, for defendant.

No. 46. CALIFORNIA ET AL. *v.* LO-VACA GATHERING CO. ET AL.;

No. 47. SOUTHERN CALIFORNIA GAS CO. ET AL. *v.* LO-VACA GATHERING CO. ET AL.; and

No. 57. FEDERAL POWER COMMISSION *v.* LO-VACA GATHERING CO. ET AL. (Certiorari, 377 U. S. 951, to the United States Court of Appeals for the Fifth Circuit.) The motion of respondent Lo-Vaca Gathering Co. to defer oral argument is denied. MR. JUSTICE WHITE took no part in the consideration or decision of this motion. *Sherman S. Poland* for movant. *Solicitor General Cox* for the Federal Power Commission, in opposition.

No. 156, Misc. JENKINS *v.* MARYLAND. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se.* *Thomas B. Finan,* Attorney General of Maryland, and *Robert C. Murphy,* Deputy Attorney General, for respondent.

No. 432, Misc. BLACKBURN *v.* WAINWRIGHT, CORRECTIONS DIRECTOR; and

No. 439, Misc. CRANNER *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.